UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-CR-211 (CCC) |
| v. | ORDER FOR CONTINUANCE |
| IMESHEA CAMPBELL | |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Adam Baker, Assistant U.S. Attorney, appearing), and Defendant Imeshea Campbell (Claressa L. Lowe, Assistant Federal Public Defender, appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that she has the right to have this matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the Defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence; and

2. The parties may engage in plea negotiations, which would render any trial of this matter unnecessary.

3. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this __30__ day of September, 2022,

(1) ORDERED that this action be, and hereby is, continued until December 31, 2022; and it is further

(2) ORDERED that the period from the date of this order through December 31, 2022 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Claire C. Cecchi
United States District Judge


Consented to as to form and entry:

_____
Adam Baker
Assistant U.S. Attorney


_____
Claressa L. Lowe
Assistant Federal Public Defender,
Counsel for defendant